UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
**Johnita Isabell**

Case No. 03-83961

Soc Sec No.: xxx-xx-6747
Address: 1000 Remington Circle, Durham, NC 27705-

Debtor

## SCHEDULE OF ADDITIONAL CREDITORS

The following additional unpaid debts were incurred by the Debtor between the date of filing of the Chapter 13 case and the date of conversion or were not included in the list of creditors maintained by the Chapter 13 Office:

| Creditor's Name, Acct. No. (if known) and Mailing Address | Type of Debt | If Secured, Description of the Collateral | Total Amount of Debt |
|---|---|---|---|
| Trs Recovery Services (Acct. No: 38051953865521) 5251 Westheimer Houston, TX 77056 | Collection Account | Not Applicable | $358.10 |
| Check Collect (Acct. No: Weight Watchers North America #3428/917218) 4800 West Waco Drive Waco, TX 76710 | Collection Account | Not Applicable | $69.00 |
| Byl (Acct. No: 0665817-905) % Total Gym Fitness, LLC P O Box 2740 West Chester, PA 19380 | Collection Account | Not Applicable | $1,441.43 |
| First Point Collection Resources, Inc (Acct. No: 8789) % Dr. I. Joel Leeb & Associates P O Box 26140 Greensboro, NC 27402 6140 | Collection Account | Not Applicable | $38.40 |
| Lakewood Peds & Family (Acct. No: 240339) 2400 Broad Street Durham, NC 27704 | Collection Account | Not Applicable | $87.00 |
| Afni (Acct. No: 9193830781050304) 404 Brock Drive P O Box 3517 Bloomington, IL 61702 3517 | Collection Account | Not Applicable | $146.28 |

| Cps Security<br>(Acct. No: A57715-H1)<br>P O Box 23037<br>Corpus Christi, TX 78403 | Collection Account | Not Applicable | $106.22 |
|---|---|---|---|

I, the Debtor in the above-captioned case, do hereby declare that I have read this Schedule and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: September 26, 2005

                                                  s/ Johnita Isabell
                                                  Johnita Isabell