Trs Recovery Services
(Acct. No: 38051953865521)
5251 Westheimer
Houston, TX  77056

Check Collect
(Acct. No: Weight Watchers North America #3428/917218)
4800 West Waco Drive
Waco, TX  76710

Byl
(Acct. No: 0665817-905)
% Total Gym Fitness, LLC
P O Box 2740
West Chester, PA  19380

First Point Collection Resources, Inc
(Acct. No: 8789)
% Dr. I. Joel Leeb & Associates
P O Box 26140
Greensboro, NC  27402 6140

Lakewood Peds & Family
(Acct. No: 240339)
2400 Broad Street
Durham, NC  27704

Afni
(Acct. No: 9193830781050304)
404 Brock Drive
P O Box 3517
Bloomington, IL  61702 3517

Cps Security
(Acct. No: A57715-H1)
P O Box 23037
Corpus Christi, TX  78403