Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 03−83961

IN THE MATTER OF:
Johnita Isabell   xxx−xx−6747
126 Infinity Road
Durham, NC 27712−0000

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   John A. Northen is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 1/13/06

*Catharine R. Carruthers*
Catharine R. Carruthers
United States Bankruptcy Judge