Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 03−83961

IN THE MATTER OF:
Johnita Isabell     xxx−xx−6747
126 Infinity Road
Durham, NC 27712−0000

Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

John A. Northen is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 1/13/06

*Catharine R. Carruthers*
Catharine R. Carruthers
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

```
District/off: 0418-1          User: robert            Page 1 of 1              Date Rcvd: Jan 13, 2006
Case: 03-83961                Form ID: 201            Total Served: 4
```

```
The following entities were served by first class mail on Jan 15, 2006.
db         +Johnita Isabell,   126 Infinity Road,   Durham, NC 27712-2818
aty        +John T. Orcutt,    6616-203 Six Forks Rd.,   Raleigh, NC 27615-6524
tr         +John A. Northen,   P. O. Box 2208,   Chapel Hill, NC 27515-2208
ust        +Michael D West,    Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2006                Signature:  _Joseph Speetjens_